UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CASEY MARIE ANTHONY

    Debtor

_____/

Case No. 8:13-bk-00922-KRM

Chapter 7

In re:

ZENAIDA GONZALEZ,

    Plaintiff.

Vs.

CASEY MARIE ANTHONY,

    Defendant,

_____/

Adversary Proceeding

Adversary No. 8:13-ap-00626-KRM

## NOTICE OF FILING NEWSPAPER ARTICLES RELATED TO

## THE DEPOSITION OF CASEY MARIE ANTHONY ON OCTOBER 9, 2013

Debtor/Defendant, Casey Marie Anthony, by and through her undersigned attorney, hereby serves notice of her filing the newspaper articles related to the deposition of Casey Marie Anthony on October 9, 2013 attached hereto and referred to in Debtors/Defendants Motion for Protective Order [Doc.18].

/S/ David L. Schrader
**David L. Schrader, Esquire**
FL Bar #0183943
111 Avenue NE, Suite 901
St. Petersburg, FL 33701
Ph. 727-456-5772
Fax 727-456-6454
Cell 727-542-6620
Email: dschraderlaw@gmail.com

/S/ Debra L. Ferwerda
**Debra L. Ferwerda, Esquire**
FL Bar #089419
Jacobson, McClean,
Chmelir & Ferwersa, P.A.
351 East State Road 434, Suite A
Winter Springs, FL 32708
Ph. (407) 327-8899
Fax (407) 327-3019
Email: dferlaw@cs.com

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been emailed to R. Scott Shuker, Esq. rshuker@lseblaw.com ; and Charles M. Greene, Esq., cmg@cmgpa.com this 16th day of October, 2013.

/S/ David L. Schrader
**David L. Schrader, Esquire**

# Tampa Bay Times

## Lawyer plans to put Casey Anthony under oath in Tampa

Orlando Sentinel

Thursday, September 12, 2013 7:03pm

In less than a month, Casey Anthony will be forced to answer questions that have been a mystery since her daughter went missing in 2008, a lawyer involved in a lawsuit against her said Thursday.

"Casey Anthony will not be permitted to plead the Fifth, as her appeals have now been resolved," said Matt Morgan, the attorney for Zenaida Gonzalez, who has filed a defamation suit against Anthony. "We look forward to getting answers to the questions we have had for a very long time."

The deposition of Anthony is scheduled for Oct. 9 in Tampa.

Anthony told detectives in 2008 that her 2-year-old daughter, Caylee, was kidnapped by a baby sitter named Zenaida Fernandez-Gonzalez.

But detectives said no such nanny existed. The girl's body was found in December 2008. Anthony was found not guilty of her death in 2011.



JOE BURBANK | Orlando Sentinel (2011)
Casey Anthony initially said a nanny named Zenaida Fernandez-Gonzalez kidnapped her daughter. Investigators later determined that the baby sitter was fictitious, and now a real woman named Zenaida Gonzalez is suing Anthony for defamation.

Anthony has never been required to answer questions about her daughter's disappearance under oath in court, and Morgan said he does not foresee any obstacles standing in the way of her deposition next month.

Charles Green, Anthony's attorney, was not available for comment Thursday.

News of the Oct. 9 deposition marks the latest milestone in Anthony's ongoing legal issues.

A federal judge last month approved a deal struck between Anthony and her bankruptcy trustee to avoid selling rights to her life story to pay back debtors.

In a joint filing last month, Anthony agreed to pay $25,000 to settle the dispute over whether the rights to her story would be sold as an asset in her Chapter 7 bankruptcy.

Anthony's bankruptcy filing did not list her story as an asset, but many have speculated it is the only one she has.

**Lawyer plans to put Casey Anthony under oath in Tampa 09/12/13**

© 2013 Tampa Bay Times



Friday, September 13, 2013 | 7B

# Florida

## Anthony expected to testify under oath

*Orlando Sentinel*

In less than a month, Casey Anthony will be forced to answer questions that have been a mystery since her daughter went missing in 2008, a lawyer involved in a lawsuit against her said Thursday.

"Casey Anthony will not be permitted to plead the Fifth ... because the criminal appeals have now been resolved," said Matt Morgan, the attorney representing Zenaida Gonzalez, who has a defamation suit against Anthony. "We, on behalf of Zenaida and her daughter, look forward to finally getting answers to the questions we have had for over five long years."

Anthony told detectives in 2008 that her 2-year-old daughter, Caylee, was kidnapped by a babysitter named Zenaida Fernandez-Gonzalez. But detectives said no such person existed. The girl's body was found in December 2008. Anthony was found not guilty of her death in 2011.

Anthony has never been required to answer questions about her daughter's disappearance under oath in court, and Morgan said he does not foresee any obstacles standing in the way of her deposition next month.

Charles Greene, Anthony's attorney, was not available for comment Thursday.

News of the Oct. 9 deposition marks the latest milestone in Anthony's ongoing legal issues.

A federal judge last month approved a deal struck between Anthony and her bankruptcy trustee to avoid selling rights to her life story to pay back creditors.

Until the ruling last month, Anthony was expected to pay $25,000 to settle the dispute over whether the rights to her story would be sold as an asset in her Chapter 7 bankruptcy. Anthony's bankruptcy filing did not list her story as an asset, but many have speculated that it's the only one she has.

orlandosentinel.com/entertainment/blogs/tv-guy/os-casey-anthony-why-people-still-care-20130912,0,7579826.post

# Orlando Sentinel

## Casey Anthony: Why people still care

By Hal Boedeker

Staff writer

4:16 PM EDT, September 12, 2013

advertisement

Through the years, people have asked me why the Casey Anthony case generated such attention.

The reason has a name: Caylee Anthony.

People searched for the 2-year-old for months in Central Florida after she was reported missing in 2008. People prayed that she would be found. When her bones were discovered in December 2008, people wanted to know what happened to her.

Jose Baez supplied one explanation -- she drowned -- at Anthony's murder trial in 2011.

Next month, Anthony will have to answer questions in Zenaida Gonzalez's defamation case, Gonzalez's attorneys said Thursday. Gonzalez says her life was ruined when Casey linked to her to Caylee's disappearance.

"Anthony is scheduled to give a deposition and cannot take the Fifth Amendment," WESH-Channel 2 anchor Martha Sugalski said in introducing the story Thursday night. "Gonzalez is fighting to keep this case alive."

WESH's Bob Kealing agreed, noting that the case had been moved to federal court. "To keep the case alive, she must now show that her defamation lawsuit should not be wiped away with the debt that Anthony is trying to discharge in her bankruptcy action," Kealing said.

Anthony cannot take the Fifth because she does not have criminal matters pending, Kealing explained.

Kealing said that Anthony "will face pointed, uncomfortable questions which have more to do with the disappearance of her daughter, Caylee, and less to do with her finances," Kealing added.

The scene when Anthony talks Oct. 9 could be dramatic. Or it may be low-key.

It may not be satisfying, and it may not be revealing.

But Casey will be forced to talk about Caylee, and anyone who cares about Caylee will want the answers.

Copyright © 2013, Orlando Sentinel

orlandosentinel.com/news/local/caylee-anthony/os-casey-anthony-must-testify-20130912,0,1718886.story

# Orlando Sentinel

## Attorney says Casey Anthony can't claim Fifth in defamation deposition

By Desiree Stennett, Orlando Sentinel

6:14 PM EDT, September 12, 2013

Advertisement

In less than a month, Casey Anthony will be forced to answer questions that have been a mystery since her daughter went missing in 2008, attorney Matt Morgan confirmed Thursday.

"Casey Anthony will not be permitted to plead the Fifth as her appeals have now been resolved," said Morgan, attorney for Zenaida Gonzalez, who has filed suit against Anthony. "We look forward to getting answers to the questions we have had for a very long time."

The deposition scheduled for Oct. 9 in Tampa is related to Gonzalez's defamation lawsuit.

Anthony told detectives in 2008 that her 2-year-old daughter, Caylee, was kidnapped by a baby sitter named Zenaida Fernandez-Gonzalez.

But detectives said no such nanny existed.

The girl's body was found in December 2008.

Anthony was found not guilty of Caylee's death in 2011.

Anthony has never been required to answer questions about her daughter's disappearance under oath in court, and Morgan said he does not foresee any obstacles standing in the way of her deposition next month.

Charles Green, Anthony's attorney, was not available for comment Thursday.

News of the Oct. 9 deposition marks the latest milestone in Anthony's ongoing legal issues.

A federal judge last month approved a deal struck between Anthony and her bankruptcy trustee to avoid selling off the rights to her life story to pay back debtors.

Scanned

In a joint filing last month, Anthony agreed to pay $25,000 to settle the dispute over whether the rights to her story would be sold as an asset in her Chapter 7 bankruptcy.

The trustee overseeing the liquidation of Anthony's estate "will relinquish any right to publicity and commercialization of [Anthony's] story" upon payment, U.S. Bankruptcy Judge K. Rodney May said in records.

The parties agreed the $25,000 settlement was in the best interest of creditors and would avoid a long legal fight over Anthony's story.

The parties wrote they had been unable to find case law addressing the trustee's "novel" proposal to sell her story rights, and each side had made "plausible" arguments.

Trustee Stephen L. Meininger filed a motion in March seeking to sell the "exclusive worldwide rights" to Anthony's story as an asset.

He withdrew the motion in May.

Anthony's lawyers said her story "exists solely within [Anthony's] mind," and its forced sale would be an "invasion" of her "private thoughts and First Amendment rights."

Anthony's bankruptcy filing did not list her story as an asset, but many have speculated it is the only one she has.

During a creditors meeting, she said she has been unemployed since her acquittal in her daughter's death in 2011 and is living off the charity of friends and her lawyers.

She has been in hiding since the verdict.

Anthony filed for bankruptcy in January, listing more than $792,000 in debt.

*dstennett@tribune.com or 407-420-5447 begin_of_the_skype_highlighting      407-420-5447 FREE end_of_the_skype_highlighting*

Copyright © 2013, <u>Orlando Sentinel</u>

orlandosentinel.com/news/local/caylee-anthony/os-casey-anthony-hearing-bankruptcy-20130917,0,3554830.story

# Orlando Sentinel

## Casey Anthony's lawyer may fight push to have her deposed

By Jeff Weiner, Orlando Sentinel

5:42 PM EDT, September 17, 2013

Casey Anthony's bankruptcy case was back in court Tuesday, when a judge set a key date in her ongoing legal struggle with two people suing her for defamation.

Meanwhile, Anthony's bankruptcy attorney indicated he'll likely fight to keep her from having to be deposed next month by one of those people: Zenaida Gonzalez.

Matt Morgan, an attorney for Gonzalez, recently told media outlets Anthony is scheduled for an Oct. 9 deposition. There, she would be forced to answer questions about her daughter's death, Morgan said.

However, at Tuesday's hearing, Anthony's bankruptcy attorney David Schrader made clear his side doesn't agree to that date.

Schrader told U.S. Bankruptcy Judge K. Rodney May that he'll file motions to dismiss federal complaints filed against his client by Gonzalez and Roy Kronk. In light of those coming motions, a deposition of Anthony "at this point in time is improper," Schrader said.

May didn't delay the deposition, but invited Schrader to file a motion for a protective order blocking the deposition.

The judge also set a date to hear the motions to dismiss: Nov. 5. May indicated he hopes to rule on the motions on that date.

Kronk and Gonzalez filed complaints in July, arguing their lawsuits should survive Anthony's bankruptcy because she was "malicious" in damaging their reputations.

Anthony, 27, has been in hiding since her 2011 trial in the death of her 2-year-old daughter, Caylee. She was found not guilty of murder, convicted only on four misdemeanors, two of which were reversed on appeal. Anthony filed for Chapter 7 bankruptcy in January.

Gonzalez sued after Anthony said a similarly named nanny had kidnapped Caylee in 2008. Authorities determined the nanny didn't exist and the girl was dead, but not before Gonzalez was linked to the case.

Kronk alleges that Anthony's criminal-defense lawyers made false statements implicating him in Caylee's death.

*jeweiner@tribune.com or 407-420-5171*

Copyright © 2013, Orlando Sentinel