UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              CASE NO.:8:13-bk-00922-KRM

CASEY MARIE ANTHONY,                  CHAPTER 7

        Debtor.
_____/

In re

ZENAIDA GONZALEZ,                      Adversary No. 8:13-ap-00626-KRM

        Plaintiff.
v.

CASEY MARIE ANTHONY,

        Defendant.
_____/

ORDER DENYING DEBTOR/DEFENDANT'S
MOTION FOR PROTECTIVE ORDER

**THIS CASE** came on for hearing on October 17, 2013 and November 5, 2013 ( the "Hearing"), upon the Debtor/Defendant's Motion for Protective Order (the "Motion"), filed with the Court on October 10, 2013 (Doc. No. 18); and Zenaida Gonzalez's Response to Debtor/Defendant's Motion for Protective Order("Response"), filed with the Court on October 15, 2013 (Doc No. 22). The Court having heard argument of counsel and having considered the record, and otherwise being duly advised in the premises finds that the Court should deny the

Motion and sanction Debtor/Defendant's counsel for violation of F.R.B.P. 7026. Accordingly, it is

**ORDERED:**

1. The Debtor/Defendant's Motion for Protective Order is denied, without prejudice.

2. The Debtor/Defendant's counsel are jointly and severally liable to Plaintiff's counsel in the amount of $500.00 for violation of F.R.B.P. 7026. Debtor/Defendant's counsel shall have thirty (30) days from the date of this Order to make the payment to Plaintiff's counsel.

**DONE AND ORDERED** on _____December 06, 2013_____.

_____
**K. RODNEY MAY**
United States Bankruptcy Judge

Attorney R. Scott Shuker is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.