UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:13-bk-00922-KRM |
| CASEY MARIE ANTHONY, | Chapter 7 |
| Debtor. _____/ | |
| In re: | |
| Zenaida Gonzalez, | Adv. Pro. No.: 8:13-ap-00626-KRM |
| Plaintiff, | |
| v. | |
| Casey Marie Anthony, | |
| Defendant. _____/ | |

### ZENAIDA GONZALEZ'S SUPPLEMENT TO MOTION TO COMPEL DEFENDANT'S/DEBTOR'S RESPONSES TO DEPOSITION QUESTIONS

**ZENAIDA GONZALEZ** ("Plaintiff"), by and through her undersigned counsel, hereby supplements her Motion to Compel Responses to Deposition Questions filed February 11, 2014, (the "Motion to Compel")(Doc. No. 49), and states as follows:

1. On February 11, 2014, Plaintiff's counsel filed the Motion to Compel.

2. In the motion, Plaintiff requests answers to both the Unexplained Refusals and the Counsel Instructed Refusals in respect of the deposition taken of Defendant on January 23, 2014.

3. Plaintiff hereby supplements the Motion to Compel to note the specific questions at issue:

## THE UNEXPLAINED REFUSALS

| PAGE | LINE |
|---|---|
| 10 | 3-25 |
| 24/25 | 19-25/1-4 |
| 25/26 | 21-25/1-9 |
| 34 | 22-25 |
| 57 | 2-7 |
| 75/76 | 25/1-6 |
| 76 | 16-20 |
| 80 | 5-8 |
| 87 | 10-16 |
| 88 | 14-20 |
| 91 | 16-18 |
| 100 | 2-13 |
| 101 | 1-9 |

## THE COUNSEL INSTRUCTED REFUSALS

| PAGE | LINE |
|---|---|
| 38 | 18-25 |
| 42 | 2-9 |
| 43 | 9-17 |
| 43/44 | 19-25/1-3 |
| 46/47 | 24-25/1-7 |
| 50 | 13-21 |
| 52 | 8-17 |
| 52/53 | 23-25/1-8 |

| | |
|---|---|
| 55 | 12-22 |
| 80/81 | 23-25/1-8 |
| 81 | 5-8 |
| 86 | 12-16 |

**RESPECTFULLY SUBMITTED** this 26th day of February 2014.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
Mariane L. Dorris, Esq.
Florida Bar No. 0173665
John B. Dorris, Esq.
Florida Bar No. 0093744
Latham, Shuker, Eden & Beaudine LLP
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Tel: 407-481-5800; Fax: 407-481-5801
*Attorneys for Plaintiff*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:13-bk-00922-KRM |
| CASEY MARIE ANTHONY, | Chapter 7 |
| Debtor. _____/ | |
| In re: | |
| Zenaida Gonzalez, | Adv. Pro. No.: 8:13-ap-00626-KRM |
|     Plaintiff, | |
| v. | |
| Casey Marie Anthony, | |
|     Defendant. _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of **ZENAIDA GONZALEZ'S SUPPLEMENT TO MOTION TO COMPEL DEFENDANT'S/DEBTOR'S RESPONSES TO DEPOSITION QUESTIONS** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Casey Marie Anthony, c/o Charles M Greene, Esq., 55 E Pine Street, Orlando, FL 32801; David L. Schrader, Esq., 111 Second Avenue NE, Suite 911, St. Petersburg, FL 33701; J. Cheney Mason, Esq., 250 Park Avenue South, Suite 200, Winter Park, Florida 32789; Stephen L Meininger, Chapter 7 Trustee, 707 North Franklin Street, Suite 850, Tampa, FL 33602; and United States Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 on this 26th day of February 2014.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.